Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: ARMANDO DUENAS ALVAREZ, Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:12-CR-00141-LJO |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DENYING REQUEST** |
| v. | Date: 6/25/12 |
| **ARMANDO DUENAS-ALVAREZ,** | Time: 8:30a.m. |
| Defendant. | Dept: 4 |
| | *Honorable Lawrence J. O'Neill Presiding* |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above-captioned matter now scheduled for June 25, 2012 at 8:30a.m., **may be continued to July 9, 2012 at 8:30 a.m.**

The grounds for the continuance are due to a conflict in defense attorney's calendar.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated: June 19, 2012         Respectfully Submitted by:

PETER SINGH & ASSOCIATES, P.C.

By:    /s/ Peter Singh
   PETER SINGH,
   Attorney for ARMANDO DUENAS-ALVAREZ

Dated: June 19, 2012         Attorney's Office, Eastern District Of California

By:    /s/Wallace Lee
   WALLACE LEE
   Assistant U.S. Attorney

E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Joint Stipulation to Continue Status Conference. I hereby attest Wallace Lee has concurred in this filing.

DATED: June 19, 2012         PETER SINGH & ASSOCIATES

By:    /s/ Peter Singh
   PETER SINGH
   Attorney for JUAN ARTEAGA-HUERTA

# ORDER

**Defense Counsel simply says that he has a calendar conflict. This is not good cause to continue the status conference, a conference that was set with the concurrence of counsel in the first instance. The stipulation is rejected, and a productive hearing shall go forward.**

IT IS SO ORDERED.

**Dated:   June 19, 2012**                              /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE